UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TINA RUIZ,<br><br>    Plaintiff,<br><br>v.<br><br>MIRANDA FIKE, KEVIN M. MCDONNELL, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No: CV 21-5076-DMG (DFMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [36]** |

    Pursuant to the Stipulation by and between plaintiff TINA RUIZ and defendant MIRANDA FIKE [Doc. # 36], the Complaint of TINA RUIZ is dismissed in its entirety, as to all parties and claims, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1); and the parties shall bear their respective costs of suit.

**IT IS SO ORDERED.**

DATED: June 22, 2023

                              _____
                              DOLLY M. GEE
                              UNITED STATES DISTRICT JUDGE